IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES W. NORTHINGTON )
) No. 3-11-0995
v. )
)
NEW ERA, INC. )

O R D E R

By order entered April 4, 2012 (Docket Entry No. 12), a case management conference was scheduled on April 16, 2012, and held telephonically, at which time the following matters were addressed:

1. The plaintiff has responded to the defendant's written discovery, except for documents that will be produced. The parties have completed written discovery in the case of Brewer v. New Era, 3-10-0908, which overlaps with the discovery in this case.

2. The parties are coordinating discovery in this case and the Brewer case and deadlines for completion of discovery and for filing dispositive motions track each other in this case and the Brewer case.

3. Depositions in the Brewer case are scheduled this week and next week, and the plaintiff's deposition in this case will be scheduled soon.

4. The parties have not yet addressed the potential for settlement, but expect to do so after the depositions have been conducted.

If the parties want to address any scheduling issues, discovery issues, the potential for settlement and propriety of ADR, and/or any other matters with the Court, they may schedule a telephone conference call with the Court at any appropriate time.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge