IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JAMES W. NORTHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:11-CV-00995 |
| ) | |
| NEW ERA, INC., ) | JUDGE NIXON |
| ) | MAGISTRATE JUDGE GRIFFIN |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL

Upon agreement of the parties, as evidenced by the parties' Joint Stipulation, it is this day **ORDERED, ADJUDGED** and **DECREED** that all of Plaintiff's claims in this lawsuit are hereby dismissed *with prejudice*. Each party shall bear its own costs and expenses.

This the 12th day of February, 2012.

_____
JOHN T. NIXON
United States District Judge

APPROVED FOR ENTRY:

s/ Marc A. Walwyn (w/permission)
Marc A. Walwyn
Paul W. Moser
Walwyn & Walwyn
1994 Gallatin Pike N., Ste. 305
Madison, TN 37115
(615) 859-8668

*Attorneys for Plaintiff James Northington*